

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        In re N.T.

Appellate case number:      01-15-00970-CV

Trial court case number:    2015-06245J

Trial court:                314th District Court of Harris County

     On November 19, 2015, relator, N.T., filed a petition for a writ of mandamus in this Court. The Court requests a response to the petition from real party in interest, the State of Texas. The response is due no later than **5:00 p.m. on Monday, November 23, 2015.**

     It is so ORDERED.

Judge's signature:  <u>/s/ Terry Jennings</u>
                              <u>X</u> Acting individually    ☐ Acting for the Court

Date:  <u>November 20, 2015</u>